UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

MICHAEL S. WINSLOW
AND DONIELLE D. WINSLOW

CASE NO. 09-76794-WSD
CHAPTER 13
HONORABLE WALTER SHAPERO

Debtors.
_____/

**ORDER FOR REJECTION OF UNEXPIRED LEASE AND TERMINATING AUTOMATIC STAY AS TO GMAC INC.**

The parties have stipulated and agreed to entry of an order rejecting the unexpired lease and terminating the automatic stay;

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. ▪ 362 (a) is terminated as to the 2007 Saturn Aura bearing VIN 1G8ZS57N07F190495; and

2) The subject Lease is hereby rejected.

3) The Creditor is free to pursue its state law remedies with respect to its interest in the subject vehicle.

4) This Court shall retain jurisdiction over all matters relating to enforcement of this Order.

.

**Signed on February 05, 2010**

                                             ____ ___/s/ Walter Shapero_____ ____
                                                                 Walter Shapero
                                                                 United States Bankruptcy Judge