UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan – Southern Division

Case No.: 09-76794-wsd
Chapter: 13
Hon. Walter Shapero

In Re: Michael S. Winslow and
Donielle D. Winslow, debtors.

------------------------------------------------------------------------------------------------------------------/

**NOTICE OF OBJECTION TO CLAIM**

<u>Michael S. Winslow and Donielle D. Winslow, Debtors,</u> have filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or denied.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before ten days before the date set for the hearing on the objection, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

   **U.S. Bankruptcy Court**
   211 W. Fort Street
   Detroit, MI 48226

   If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it **AT LEAST 10 DAYS PRIOR TO THE SCHEDULED HEARING**. All attorneys are required to file pleadings electronically.

   You must also mail a copy to:

   Guy T. Conti
   Attorney for Debtor
   302 N. Huron Street

Ypsilanti, MI 48197

and

Tammy L. Terry
535 Griswold, Suite 2100
Detroit, MI 48226

2. Attend the hearing on the objection, scheduled to be held on <u>April 5, 2010</u>, at 11 a.m. in United States Bankruptcy Court, 231 West Lafayette Street – Floor, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: February 8, 2010                /s/Guy T. Conti
                                       Guy T. Conti
                                       The Law Offices of Guy T. Conti, PLLC
                                       Attorney for Debtor
                                       302 N. Huron Street
                                       Ypsilanti, MI 48197
                                       888.489.3232 voice
                                       888.848.8228 fax
                                       gconti@contilegal.com

Revised 6/07